IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CEASAR HERNANDEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JONTHREY,<br><br>　　　　　Defendant. | No.  2:21-CV-0755-DMC-P<br><br><br>ORDER |

   Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983.  Plaintiff has filed a notice of voluntary dismissal.  See ECF No. 8.  Because no answer or motion for summary judgment has been filed, leave of court is not required and the action is dismissed on Plaintiff's notice.  See Fed. R. Civ. P. 41(a)(1)(A)(i).  The Clerk of the Court is directed to terminate ECF No. 8 as a pending motion and close this file.

   Plaintiff's request to be relieved off the obligation to pay the full filing fee is denied.  The relevant portion of the in forma pauperis statute does not permit the relief Plaintiff seeks.  Specifically, 28 U.S.C. § 1915(b)(1) mandates "the prisoner shall be required to pay the full amount of a filing fee." The statute does not provide an exception if the action is voluntarily dismissed.

   IT IS SO ORDERED.

Dated:  July 26, 2021

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE